IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>SANTIAGO J. TIJERINA,<br><br>      Defendant. | 4:13CR3000<br><br>**DETENTION ORDER** |

  After affording the defendant an opportunity for a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), the court concludes the defendant must be detained pending a status hearing.

  There is a rebuttable presumption that no condition or combination of conditions of release will reasonably assure the defendant's appearance at court proceedings and the safety of the community because there is probable cause to believe the defendant committed a felony involving failing to register under 18 U.S.C. § 2250. The defendant has not rebutted this presumption.

  Specifically, the court finds:

The defendant's criminal record indicates a propensity to violate the law and orders of the court.
The evidence indicates the defendant has a propensity to harm or threaten harm to others.
The defendant has failed to appear for court proceedings in the past.
The defendant waived the right to a detention hearing.

<u>Directions Regarding Detention</u>

  The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

  February 4, 2013.           BY THE COURT:
                        *s/ Cheryl R. Zwart*
                        United States Magistrate Judge